IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE T. FRANKLIN,

        Petitioner,    :    Case No. 1:95-cv-1007

- vs -    District Judge Walter Herbert Rice
   Chief Magistrate Judge Michael R. Merz

CARL S. ANDERSON, Warden,

        Respondent.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 145), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 17, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Writ be dissolved and this case terminated on the docket of this Court.

May 31, 2007.

                                          Walter Herbert Rice
                                          United States District Judge

1